Ambrose Malcolm CHISHOLM v. John L. ZURBRICK, etc.

No. 8244.

Circuit Court of Appeals, Sixth Circuit.
March 15, 1939.

Kinzinger & Crain, of Detroit, Mich., for appellant.

John C. Lehr, U. S. Atty., of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that a stipulation to docket and dismiss the appeal has been filed, accompanied by certificate of the clerk of the District Court as provided by Rule 18; on consideration whereof, it is ordered that the appeal be, and the same is hereby, docketed and dismissed.

---

The CINCINNATI MILLING MACHINE COMPANY, Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 8167.

Circuit Court of Appeals, Sixth Circuit.
March 14, 1939.

Frost & Jacobs and Gatch, McLaughlin & Gatch, all of Cincinnati, Ohio, for petitioner.

Charles Fahy, of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The National Labor Relations Board having duly moved this Court that petitioner's petition to review and set aside the Board's order of October 27, 1938, which petition was filed herein on December 22, 1938, be dismissed, and it appearing that the Board has vacated and set aside its said order, it is ordered that said petition to review and set aside the Board's order be, and it hereby is, dismissed.

---

Thomas L. CLOER and Everette L. Cloer v. H. MITCHELL, as Trustee of the Estates of Thomas L. Cloer and Everette L. Cloer, Bankrupts, et al.

No. 9126.

Circuit Court of Appeals, Ninth Circuit.
March 17, 1939.

Earl E. Moss, of Los Angeles, Cal., and Halbert & Stone, of Porterville, Cal., for appellants.

J. Thos. Crowe and J. K. Abercrombie, both of Visalia, Cal., for appellee Mitchell, etc.

O'Melveny, Tuller & Myers, of Los Angeles, Cal., for appellee Woodson.

Before WILBUR, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulations of counsel for the respective parties, and good cause therefor appearing, ordered appeals in above consolidated cause be dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court in the cause issue forthwith.

---

Bessie COHN, Appellant, v. TRAVELERS PROTECTIVE ASSOCIATION OF AMERICA.

No. 11175.

Circuit Court of Appeals, Eighth Circuit.
Nov. 9, 1938.

Merrill B. Oransky, of Des Moines, Iowa, and Arthur L. Schmahlfeldt, of Kansas City, Mo., for appellant.

W. B. Hurlburt, F. W. Lehmann, Jr., and William Hossfeld, all of Des Moines, Iowa, and M. P. Phillips, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal, 22 F.Supp. 677, dismissed at appellant's costs on motion of appellant and consent of appellee.